UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: June 13, 2006

JUDGE: WALLS

COURT REPORTER: Y. DAVION

DEPUTY CLERK: E. UNDERWOOD

OTHER: _____

Title of Case:                                  Cr. 03-461

ATUL KOTHARI

Appearances:

Grace Park, Ausa
Warren Feldman, Esq.

Nature of proceedings:

SENTENCE:

motion for downward departure granted.

3 yrs. of probation, etc; deft. not incur any new credit, etc; Fine of $2000.00; Spec. Assessment of $100.00.

                                    _____
                                    Deputy Clerk
                                    Eric Underwood