PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.  03-00461-001

Atul Kothari

On June 13, 2006, the above named was placed on probation for a period of 3 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

_____  
United States Probation Officer  
Anthony J. Nisi

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this ____6____ day of __May__, 20_08_.

_____  
United States District Judge

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

April 28, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
Martin Luther King Jr. Federal Building & U.S. Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE:  KOTHARI, Atul
Dkt. No. 03-00461-001
**Request For Early Termination of Supervision**

Dear Judge Walls:

On June 13, 2006, Atul Kothari was sentenced by Your Honor to 3 years probation for the offense of Prohibition of a Unlicensed Money Transmitting Business. The offender was ordered to pay a total special assessment of $100 along with a $2,000 fine. Kothari was also ordered to refrain from incurring any new debt, unless in compliance with his financial obligation. Kothari is currently being supervised by the Eastern District of New York. His term of supervision is scheduled to end on June 12, 2009. At this time, the U.S. Probation Office for the Eastern District of New York is recommending that the offender be considered for an early termination of supervision.

Since the commencement of supervision, Kothari has remained compliant with the conditions of his supervision. The offender has satisfied his financial obligation and is gainfully employed as a manager for his wife's gift shop in Queens, New York. Based on a recent criminal history inquiry, Kothari has remained free from further criminal activity. Furthermore, the offender maintains a stable residence with his wife in Sunnyside, New York.

Taking into consideration the offender's satisfactory adjustment to supervision and in accordance with Title 18 U.S.C. § 3564(c), and our current Monograph 109, we ask that Your Honor review and sign the enclosed Probation Form 35 indicating the Court's decision regarding early termination of probation. We will remain available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Anthony J. Nisi
U.S. Probation Officer

/ajn
Enclosure
cc:  Eli Richardson, AUSA
     Warren L. Feldman, Esq. (Retained)